# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LAFAYETTE DEMETRUIS BOYLE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-CV-0297-JMS-DKL |
| WARDEN CHARLES LOCKETT, et al., | ) | |
| Defendants. | ) | |

**Entry Discussing Complaint and Directing Further Proceedings**

**I.**

Subject to certain exceptions, the Federal Tort Claims Act, 28 U.S.C. ' 2671, *et seq.* (AFTCA@) constitutes a limited waiver of the United States= sovereign immunity by subjecting it to liability "for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred." 28 U.S.C. ' 1346(b)(1).

Lafayette Demetruis Boyle has filed such a claim in this lawsuit, alleging that Bureau of Prisons employees were negligent when they failed to protect Boyle from attack by another inmate.

"The only proper defendant in an FTCA action is the United States." *Jackson v. Kotter*, 541 F.3d 688, 693 (7th Cir. 2008). Boyle's claim against the defendants he has named—individuals employed by the Federal Bureau of Prisons—is dismissed as legally insufficient pursuant to 28 U.S.C. § 1915A(b).

## II.

Boyle shall have through June 8, 2012, in which to seek to substitute the United States as the sole defendant.

**IT IS SO ORDERED.**

Date: 05/09/2012

*(signature)*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Lafayette Demetruis Boyle**
**No. 43075-018**
**Florence – High USP**
**Inmate Mail/Parcels**
**P. O. Box 7000**
**Florence, CO  81226**